MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: mlangford@richardharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SHELLEY D. KROHN, Chapter 7 Trustee for the Bankruptcy Estate of VALENTINA FLAHERTY <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20 inclusive, <br><br> Defendants. | 2:24-cv-02382-JAD-DJA <br><br><br> **STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE (FIRST)** <br><br> Date: July 30, 2026 <br> Time: 10:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel, that the mandatory settlement conference currently scheduled for July 30, 2026, at 10:00 a.m. shall be continued to a later date and time to be determined by the Court. The compelling justification for the request is detailed below.

Plaintiff SHELLEY D. KROHN, Chapter 7 Trustee for the Bankruptcy Estate of Valentina Flaherty, will be traveling internationally and will be unavailable on July 30, 2026, the date of the currently scheduled settlement conference. Specifically, Trustee Krohn will be in Iceland and is therefore unable to attend the mandatory settlement conference as presently scheduled. With absolute deference to the Court's availability and preference, Trustee Krohn offers that she is available on the following dates: August 17, 18, 19, or 20, or 27, 2026.

**RICHARD HARRIS**
LAW FIRM

Based on the foregoing, the parties respectfully request that the mandatory settlement conference be continued to the Court's first available date on or after August 17, 2026.

DATED this 4th day of May, 2026.

**RICHARD HARRIS LAW FIRM**

/s/ Mysty Langford
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 4th day of May, 2026.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/Maegun C. Mooso
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
MAEGUN C. MOOSO, ESQ.
Nevada Bar No. 15067
2340 West Horizon Ridge Parkway, Ste. 100
Henderson, NV 89052
*Attorneys for Defendant*

## ORDER CONTINUING THE MANDATORY SETTLEMENT CONFERENCE

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties' request for a continuance of the mandatory settlement conference currently scheduled for July 30, 2026, at 10:00 a.m. is hereby GRANTED.

IT IS FURTHER ORDERED that the settlement conference is **RESET** for **Thursday, August 20, 2026, at 10:00 a.m.**

IT IS FURTHER ORDERED that confidential written settlement statements must be submitted by 4:00 p.m. on August 13, 2026.

DATED:  5/5/2026

_____
UNITED STATES MAGISTRATE JUDGE

/s/ Mysty Langford
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

 Outlook

---

## RE: Krohn (Flaherty) v. Costco

---

**From** Maegun Mooso <mmooso@ranallilawyers.com>

**Date** Mon 5/4/2026 12:12 PM

**To** Mysty D. Langford <mlangford@richardharrislaw.com>

**Cc** Vicki Perez <vperez@ranallilawyers.com>; Gabriella Alvarado <galvarado@ranallilawyers.com>; George Ranalli <gmranalli@ranallilawyers.com>; Amanda Frizzell <afrizzell@richardharrislaw.com>

📎 1 attachment (65 KB)

FED - Stip to Continue Settlement Conference.docx;

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mysty, my client is fine with moving the date of the settlement conference so please feel free to affix my signature and submit.  Thank you!

**Maegun C. Mooso, Esq. | Partner**
**Ranalli Zaniel Fowler & Moran, LLC**
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, Nevada 89052
702.477.7774 - Phone
702.477.7778 - Fax



NOTICE: The above information is for the sole use of the intended recipient and contains information belonging to Ranalli Zaniel Fowler & Moran, LLC which is confidential and may be legally privileged. If you are not the intended recipient, or believe that you have received this