MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: mlangford@richardharrislaw.com
Attorneys for Plaintiff

RICHARD HARRIS LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHELLEY D. KROHN, Chapter 7 Trustee for the Bankruptcy Estate of Valentina Flaherty, Plaintiff, v. COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20 inclusive, Defendants. | 2:24-cv-02382-JAD-DJA<br><br>**PLAINTIFF COUNSEL'S REQUEST FOR EXCEPTION TO ATTENDANCE REQUIREMENT SET FORTH IN ORDER SETTING SETTLEMENT CONFERENCE [ECF NO. 19]**<br><br>**Settlement Conference: August 20, 2026, 10:00 a.m., before Hon. Daniel J. Albregts** |

Plaintiff Shelley D. Krohn, Chapter 7 Trustee for the Bankruptcy Estate of Valentina Flaherty, by and through counsel of record, respectfully submits this request for an exception to the attorney-attendance requirement set forth in the Court's Order Setting Settlement Conference [ECF No. 19], and requests that the Court permit Charles S. Jackson, Esq. to appear at the August 20, 2026 settlement conference on Plaintiff's behalf in place of Mysty Langford, Esq., counsel of record. This request is timely filed and served on all parties, and is supported by the following.

## I. BACKGROUND

This matter is set for a mandatory settlement conference on August 20, 2026, before this Court. The Court's Order Setting Settlement Conference requires that "[a]n attorney of record who

will be participating in the trial of this case ... must be present," and further provides that "[a] request for an exception to the above attendance requirements must be filed and served on all parties at least 14 days before the SC." [ECF No. 19 at 1-2.]

Mysty Langford, Esq. is counsel of record for Plaintiff and would ordinarily attend the settlement conference. Ms. Langford will be in Wyoming the week of August 17, 2026, for a professional commitment, and will be unable to attend in person. The location does not offer steady Internet access, resulting that a virtual appearance would be unlikely and not conducive to effective proceedings.

Plaintiff requests that Charles S. Jackson, Esq., (Nevada Bar No. 13158) also of the Richard Harris Law Firm, be permitted to appear in Ms. Langford's place. Mr. Jackson has been licensed to practice law in the State of Nevada since 2014 and currently serves as a litigation team lead at the Richard Harris Law Firm. He is fully familiar with the factual and procedural history of this case and is competent to represent Plaintiff's interests at the settlement conference.

Shelley D. Krohn, Chapter 7 Trustee for the Bankruptcy Estate of Valentina Flaherty, and Valentina Flaherty will both attend the settlement conference in person, each with settlement authority as directed by the Court, and a representative of Defendant Costco Wholesale Corporation with full settlement authority is expected to attend as required by the Court's order.

**II. GOOD CAUSE SUPPORTS THE REQUESTED EXCEPTION**

Good cause supports granting this request for at least three reasons.

First, the requested substitution does not affect any party's ability to comply with the Court's settlement-authority requirement. The individuals with actual settlement authority for Plaintiff, Trustee Krohn and Ms. Flaherty, will be present for the full duration of the conference regardless of which Richard Harris Law Firm attorney appears on Plaintiff's behalf.

Second, Mr. Jackson is an experienced Nevada attorney who has been licensed since 2014 and serves as a litigation team lead at the Richard Harris Law Firm. He is familiar with the facts, procedural posture, and settlement considerations in this case and is fully competent to represent Plaintiff's interests at the conference.

Third, granting this request will not delay or disrupt the settlement conference and will not prejudice Defendant. The conference will proceed on August 20, 2026, as scheduled, for its full allotted time, with all required participants present.

RICHARD HARRIS LAW FIRM

This request is filed and served on all parties at least 14 days before the August 20, 2026 settlement conference, consistent with the Court's order.

**III. CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order granting this request for exception and permitting Charles S. Jackson, Esq. to appear at the August 20, 2026 settlement conference on Plaintiff's behalf in place of Mysty Langford, Esq.

DATED this 4th day of August, 2026.

**RICHARD HARRIS LAW FIRM**

*/s/ Mysty Langford*
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED: 8/6/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

RICHARD HARRIS LAW FIRM

**CERTIFICATE OF SERVICE**

Pursuant to NEFCR 9, NRCP 5(b), LR IC 4-1, and/or FRCP 5(b), I hereby certify that on this 4TH day of August 2026, I caused to be served a true copy of the foregoing **PLAINTIFF'S REQUEST FOR EXCEPTION TO ATTENDANCE REQUIREMENT SET FORTH IN ORDER SETTING SETTLEMENT CONFERENCE [ECF NO. 19]** as follows:

☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below.

☐ **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below;

☐ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

☒ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

BYRON L. AMES, ESQ.
Nevada Bar No. 7581
STONE KALFUS LLP
8965 S. Eastern Ave., Suite 260
Las Vegas, Nevada 89123
Telephone No.: (702) 800-5413
Facsimile No.: (877) 736-2601
byron.ames@stonekalfus.com
*Attorney for Defendant,*
*COSTCO WHOLESALE CORPORATION*

/s/ *Mysty Langford*
Attorney for Plaintiff